UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| GINO ROMANO, | ) | |
| Plaintiff, | ) | 3:12-cv-00331-LRH-WGC |
| v. | ) | O R D E R |
| KIM KARDASHIAN, *et al.*, | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#3[1]) entered on June 20, 2012, recommending denying Plaintiff's request to proceed *in forma pauperis* (#1), and dismissing the action with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) filed on June 20, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) filed on June 20, 2012, is adopted and accepted, and Plaintiff's request to proceed *in forma pauperis* (#1) is DENIED.

IT IS FURTHER ORDERED that this action is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE